MARCH 21, 1941·

No. 45584.—■—Protests 1128–K, etc., of White Import Co., Inc. Abstract 45452. Application by plaintiff for rehearing granted.

No. 45585.—■—Protests 925539–G, etc., of J. E. Bieber et al. Abstract 45312. Application by plaintiffs for rehearing granted.

MARCH 20, 1941

No. 45586.—SUIT 4313.—■ *United States* v. *Zellerbach Paper Co.* (*Hoyt, Shepston & Sciaroni*). Reap. Dec. 4709 reversed. C. A. D. 159.

BEFORE THE SECOND DIVISION, MARCH 26, 1941

No. 45587.—Petitions 6015–R, etc., of T. Sumida & Co., Ltd., et al. (Honolulu).

Opinion by TILSON, J. The petitions were dismissed.

BEFORE THE SECOND DIVISION, MARCH 27, 1941

No. 45588.—Protests 9871–K, etc., of Standard Duplicator & Carbon Crafters, Inc. (New York).

Opinion by KINCHELOE, J. It appeared that the merchandise is of the same character as that passed upon in Abstract 43786. The claim as surface-coated paper at 5 cents per pound and 15 percent ad valorem under paragraph 1405 was therefore sustained. *Marr* v. *United States* (4 Cust. Ct. 156, C. D. 311) followed.